No. 712. MALINOU, PUBLIC ADMINISTRATOR *v.* CAIRNS ET AL. Sup. Ct. R. I. Certiorari denied. *Martin Malinou,* petitioner, *pro se. Henry M. Swan* for respondents.

No. 714. JONES LUMBER CO. *v.* DEL NORTE COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Jonathan U. Newman* for petitioner. *Louis R. Baker* for respondent.

No. 715. KAHN *v.* UNITED STATES; and
No. 718. SACHS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* for petitioner in No. 715. *Don H. Reuben, Lawrence Gunnels, Alan M. Dershowitz* and *William T. Kirby* for petitioners in No. 718. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States in both cases. Reported below: 381 F. 2d 824.

No. 716. JACKSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Richard P. Jahn* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Rogovin* for respondent.

No. 723. MANSFIELD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* and *Max Reinstein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 730. BACSKO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Frederick Klaessig* for petitioner.